GAURAV BOBBY KALRA, ESQ.
Nevada Bar No. 16898
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
bkalra@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendant*
*Great Basin Restaurants*

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| N.M.<br><br>Plaintiff,<br><br>vs.<br><br>GREAT BASIN RESTAURANTS d/b/a McDONALD'S,<br><br>Defendant. | Case No.: 3:26-cv-00532-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>[ECF No. 6] |

Pursuant to Local Rule 7-1, Plaintiff N.M. and Defendant Great Basin Restaurants, by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint on July 13, 2026 [ECF No. 1].

2. Defendant was served with the Summons and Complaint on July 14, 2026 [ECF No. 5].

3. Defendant recently retained counsel and a short extension is necessary to allow Defendant's counsel to obtain the case file and investigate the allegations in the Complaint before responding.

4. Plaintiff has no objection to the extension.

/ / /

5. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before **September 11, 2026**.

IT IS SO STIPULATED.

DATED: August 25, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*

Gaurav Bobby Kalra
Nevada Bar No. 16898
A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
bkalra@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendant Great Basin Restaurants*

DATED: August 25, 2026

**LAW OFFICE OF MARK MAUSERT**

*/s/ Mark Mausert*

Mark Mausert
Nevada Bar No. 2398
Sean McDowell, Esq.
Nevada Bar No. 15962
729 Evans Avenue
Reno, NV 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff N.M.*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2026



GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101